```
Court Name: US District Court/SDWV
Division: 3
Receipt Number: HUNT002139
Cashier ID: smcash
Transaction Date: 07/22/2014
Payer Name: MATTHEW TODD BROCK
------------------------------------------
CRIMINAL DEBT
  For: MATTHEW TODD BROCK
  Case/Party: D-WV5-3-13-CR-000185-001
  Amount:          $260.00
------------------------------------------
CASH
  Amt Tendered:    $260.00
------------------------------------------
Total Due:         $260.00
Total Tendered:    $260.00
Change Amt:          $0.00
```

Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $3 fee will
be charged for a returned check.